TRINA A. HIGGINS, United States Attorney (#7349)
SIRENA MILLER WISSLER, Assistant United States Attorney (#7450)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: Sirena.Wissler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ALVARO ADAME-REYES, Defendants. | Case No. 2:23-mj-01182 DBP  SEALED FELONY COMPLAINT  COUNT 1: 21 U.S.C. § 841(a)(1)  Possession with Intent to Distribute Methamphetamine  Judge Dustin B. Pead |

Before the Honorable Dustin B. Pead, United States Magistrate Judge for the District of Utah, appeared the undersigned, who on oath deposes and says:

**COUNT 1**
**21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2**
**(Possession with Intent to Distribute Methamphetamine)**

On or about December 7, 2023, in the District of Utah,

**ALVARO ADAME-REYES**,

defendant herein, did knowingly and intentionally possess, with the intent to distribute methamphetamine, a Schedule II Controlled Substance, within the meaning of 21 U.S.C. § 812; and did aid and abet therein; all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

This Complaint is made on the basis of investigation described in the affidavit below, and with the following elements for the charged counts as follows:

The elements of Count 1, violation of 21 U.S.C. § 841(a)(1), Possession Withs Intent to Distribute Methamphetamine, are:

    a.    The defendant knowingly or intentionally possessed methamphetamine as charged;

    b.    At the time he possessed the methamphetamine, defendant intended to distribute it.

**AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT**

Complainant, James Morton, being duly sworn, hereby states that this Felony Complaint is based on information obtained through an investigation consisting of the following:

1. Complainant, Special Agent James J. Morton, being duly sworn, hereby states: I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been since May 10, 2016. I am assigned to the Salt Lake City Field Office, in the District of Utah. I have completed the twelve (12) week Criminal Investigator Training Program and the fourteen (14) week Special Agent Basic Training course at the Federal Law Enforcement Training Center in Glynco, Georgia. These

courses consisted of classes in federal law, evidence handling, interviewing techniques, firearms investigations, explosive investigations, arson investigations and tactical training in the execution of search and arrest warrants. Prior to my employment by the ATF, I was a Law Enforcement Officer (LEO) in Utah for almost 15 years. I attended the Utah State Peace Officers Standards and Training Academy (P.O.S.T) where I received a block of narcotics identification and basic investigation instruction from experts in the field. During the course of my employment, I have attended several training courses focusing on narcotics investigations and criminal street gangs. As a Police Officer assigned to the patrol division I routinely came in contact with admitted narcotics users and distributors. During this time, I made several arrests of persons in violation of the Controlled Substance Act. I was assigned to the Salt Lake Area Gang Project / Metro Gang Unit from April 2010 through 2015. During this assignment, I attended and taught training courses at five annual Utah Gang Conferences. In addition to these local gang conferences, your affiant has attended several gang and narcotic conferences throughout the country.

2.     As part of a multi-agency investigation including participation from the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), Drug Enforcement Administration ("DEA"), and the Unified Police Department ("UPD") Metro Gang Unit ("MGU"), agents initiated a judicially authorized wiretap targeting an individual operating a Drug Trafficking Organization ("DTO") in the District of Utah. During the investigation, agents identified Alvaro ADAME-Reyes as a local Source of Supply ("SOS") for

methamphetamine. Investigators also identified a vehicle used by ADAME-Reyes; specifically a black Honda Accord, bearing UT/T719PX. This vehicle had been the subject of surveillance efforts and had been observed during the course of a known drug transaction.

3. On December 07, 2023, agents learned ADAME-Reyes would be in Salt Lake County and would likely have a large amount of methamphetamine in his possession. Agents located ADAME-Reyes driving the black Honda Accord, bearing UT/T719PX, in Salt Lake County and conveyed information to the West Jordan Police Department relative to the vehicle's involvement in an ongoing drug investigation.

4. A West Jordan Police Department ("WJPD") patrol officer observed the black Honda Accord traveling on the roadway and learned through a records check that the vehicle was uninsured. The West Jordan officer made contact with the driver of the black Honda and identified him as Alvaro ADAME-Reyes. ADAME-Reyes was alone in the vehicle. During the course of the traffic stop, a K-9 Officer with WJPD was summoned to the stop location to assist. The K-9 officer deployed PSD Jax, who positively indicated on ADAME-Reyes' vehicle during an open air sniff for the odor of narcotics.

5. ADAME-Reyes made a statement to the officer indicating that he had three (3) packets of methamphetamine inside the vehicle. A search of the vehicle revealed three (3) individually packaged bundles of methamphetamine. Based on your affiants training and experience, the amount of methamphetamine in ADAME-Reyes' possession is consistent

with narcotics distribution. The three bundles had a total weight of 3.272 pounds or approximately 1,359 grams.

6. The methamphetamine field-tested positive for methamphetamine. ADAME-Reyes was placed under arrested and transported to UPD's office for an interview. He was advised of his *Miranda* rights, which he waived. Thereafter, ADAME-Reyes admitted to distributing narcotics and having the methamphetamine inside his vehicle.

7. Based on the foregoing information, I respectfully request that a warrant of arrest be issued for **ALVARO ADAME-REYES** for violations of 21 U.S.C. § 841(a)(1).

/s/ James Morton
Affiant, Special Agent James Morton

SUBSCRIBED AND SWORN to before me this 15th day of December, 2023.

Dustin B. Pead
United States Magistrate Judge

APPROVED:

TRINA A. HIGGINS
United States Attorney


/s/ Sirena Miller Wissler
SIRENA MILLER WISSLER
Assistant United States Attorney